**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

MARKANTHONY DELEON SAPALASAN,

*Defendant-Appellant*.

No. 21-30251

D.C. No.
3:18-cr-00130-
TMB-MMS-1

ORDER

Filed January 15, 2025

Before: Michael Daly Hawkins, Ryan D. Nelson, and
Daniel P. Collins, Circuit Judges.

Order

**ORDER**

The panel unanimously voted to deny the petition for panel rehearing.  Judge R. Nelson and Judge Collins voted to deny the petition for rehearing en banc.  Judge Hawkins recommended denying the petition for rehearing en banc.  A judge of the court requested a vote on whether to rehear the matter en banc.  The matter failed to receive a majority of the votes of the active judges in favor of en banc consideration.  Fed. R. App. P. 35.  The petition for panel rehearing and rehearing en banc, Dkt. 49, is **DENIED**.